**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RODNEY BUNCH**                                                     **PETITIONER**
**ADC #117083**

**VS.**           **CASE NO.: 5:12CV00360 SWW/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                              **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, Rodney Bunch's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus (docket entry #1) and Amended Petition for Writ of Habeas Corpus (docket entry #3) are DISMISSED, without prejudice.

IT IS SO ORDERED this 12th day of October, 2012.

                                                                       /s/Susan Webber Wright
                                                                       UNITED STATES DISTRICT JUDGE